

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2015

No. 04-15-00012-CV

John E. **RODARTE**, Sr.,
Appellant

v.

Ralph **LOPEZ**, et al,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-CI-18884
Honorable Michael E. Mery, Judge Presiding

## O R D E R

John E. Rodarte Sr., an inmate acting pro se, appeals the trial court's order dismissing his bill of review. Rodarte has not paid the filing fee that was due when the notice of appeal was filed. On February 4, 2015, we ordered Rodarte to either pay the filing fee or to provide written proof by February 19 that he is indigent or otherwise excused from paying the fee. If Rodarte claimed to be indigent, our order required him to file an affidavit or unsworn declaration of indigence pursuant to Rule 20.1 of the Texas Rules of Appellate Procedure, a certified copy of his inmate trust account statement, and an affidavit listing his previous pro se actions, in accordance with Chapter 14 of the Texas Civil Practice and Remedies Code. In response, Rodarte filed a copy of his inmate trust account statement, with no accompanying pleading, affidavit, or unsworn declaration.

The trial court clerk has now filed a notification of late record stating the record, which was due February 17, 2015, was not filed because Rodarte has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee.

We therefore **order** Rodarte must **by March 16, 2015** either (1) pay the $195.00 filing fee and file written proof he has paid the clerk's fee for preparing the record or (2) file in this court an affidavit or unsworn declaration of inability to pay costs in accordance with Rule 20.1 of the Texas Rules of Appellate Procedure **and** an affidavit or declaration listing his previous pro se actions, in accordance with section 14.004 of the Texas Civil Practice and Remedies Code.

Rodarte is advised that if he fails to timely comply with this order, this appeal will be dismissed. *See* TEX. R. APP. P. 37.3(b), 42.3; *Douglas v. Turner*, 441 S.W.3d 337 (Tex. App.—Waco 2013, no pet.); *Douglas v. Moffett*, 418 S.W.3d 336 (Tex. App.—Houston [14th Dist.] 2013, no pet.).

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of February, 2015.

Keith E. Hottle
Clerk of Court